Decided October 17, 2005

## DENNIS HIGGINS *v.* TIMOTHY J. LISTON, STATE'S ATTORNEY

The petition by the plaintiff in error for certification for appeal from the Appellate Court, 88 Conn. App. 599 (AC 24547), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided October 25, 2005

## DAVID DOYLE ET AL. *v.* THOMAS J. ABBENANTE, JR., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 89 Conn. App. 658 (AC 25527), is denied.

*Max F. Brunswick,* in support of the petition.

*Hugh W. Cuthbertson,* in opposition.

Decided October 25, 2005